B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Louisiana

In re    New Orleans Auction Galleries, Inc.                             Case No. _____

                                                          Debtor(s)                  Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Brody, George or Joanne<br>15 Dennis Court<br>Woodcliff Lake, NJ 07677 | Brody, George or Joanne<br>15 Dennis Court<br>Woodcliff Lake, NJ 07677 | | | 37,050.00 |
| Chang Liu<br>Hangkong Road No. 7<br>Waltz Plaza B, 2404<br>Chengdu, Sichuan 610041<br>CHINA | Chang Liu<br>Hangkong Road No. 7<br>Waltz Plaza B, 2404<br>CHINA | | | 13,040.00 |
| David Delaunay & Associates<br>Attn: David Delaunay<br>2020 Montrose Blvd., Suite 200<br>Houston, TX 77006-1263 | David Delaunay & Associates<br>Attn: David Delaunay<br>2020 Montrose Blvd., Suite 200<br>Houston, TX 77006-1263 | | Contingent | 58,307.43 |
| First Bank and Trust Visa<br>909 Poydras Street, Suite 100<br>New Orleans, LA 70112-4020 | First Bank and Trust Visa<br>909 Poydras Street, Suite 100<br>New Orleans, LA 70112-4020 | | | 85,862.39 |
| Galloway, Janice<br>1801 Lavaca St., Apt. 6D<br>Austin, TX 78701 | Galloway, Janice<br>1801 Lavaca St., Apt. 6D<br>Austin, TX 78701 | | | 21,674.75 |
| Gilbert, Barry<br>21 Lewis Drive<br>Maplewood, NJ 07040 | Gilbert, Barry<br>21 Lewis Drive<br>Maplewood, NJ 07040 | | | 9,605.25 |
| Gladstone Michel Weisberg Willner&Sloan<br>Attn: Michael Aiken<br>4551 Glencoe Avenue, Suite 300<br>Marina Del Rey, CA 90292 | Gladstone Michel Weisberg Willner&Sloan<br>Attn: Michael Aiken<br>4551 Glencoe Avenue, Suite 300<br>Marina Del Rey, CA 90292 | | | 75,000.00 |
| Hadassa Antiques<br>Gallery #75<br>1050 Second Avenue<br>New York, NY 10022 | Hadassa Antiques<br>Gallery #75<br>1050 Second Avenue<br>New York, NY 10022 | | | 11,847.50 |
| MPress<br>4100 Howard Avenue<br>New Orleans, LA 70125-1325 | MPress<br>4100 Howard Avenue<br>New Orleans, LA 70125-1325 | | | 61,606.84 |

B4 (Official Form 4) (12/07) - Cont.

In re    New Orleans Auction Galleries, Inc.                              Case No.    _____
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Orillion, Toby<br>220 Stephanie<br>Lafayette, LA 70503 | Orillion, Toby<br>220 Stephanie<br>Lafayette, LA 70503 | | | 23,954.50 |
| Pouration, M.<br>c/o American Impex Corp.<br>828 San Julian Street<br>Los Angeles, CA 90014 | Pouration, M.<br>c/o American Impex Corp.<br>828 San Julian Street<br>Los Angeles, CA 90014 | Lawsuit filed in Superior Court for the County of Los Angeles / BC420489 | Contingent<br>Unliquidated<br>Disputed | 112,100.00 |
| Rare Art, Inc.<br>Attn. A. Hartman<br>515 Madison Avenue, 2nd Floor<br>New York, NY 10022 | Rare Art, Inc.<br>Attn. A. Hartman<br>515 Madison Avenue, 2nd Floor<br>New York, NY 10022 | | | 143,445.00 |
| Ruland, Gary<br>P.O. Box 9084<br>Mandeville, LA 70470 | Ruland, Gary<br>P.O. Box 9084<br>Mandeville, LA 70470 | | | 84,950.00 |
| Sainsburys-Antiques Ltd.<br>Rear 23-25 Abbott Road<br>Bournemouth, Dorset BH9 1EU<br>UNITED KINGDOM | Sainsburys-Antiques Ltd.<br>Rear 23-25 Abbott Road<br>Bournemouth, Dorset BH9 1EU | | | 37,664.90 |
| Susan D. Krohn<br>3900 Essex #555<br>Houston, TX 77027 | Susan D. Krohn<br>3900 Essex #555<br>Houston, TX 77027 | | Contingent<br>Unliquidated | 2,000,000.00 |
| Taylor, Hugh<br>380 Cody Road<br>White Pine, TN 37890 | Taylor, Hugh<br>380 Cody Road<br>White Pine, TN 37890 | | | 9,851.50 |
| Vidos, Michael J.<br>626 Copal Street<br>Mandeville, LA 70448 | Vidos, Michael J.<br>626 Copal Street<br>Mandeville, LA 70448 | | | 23,100.00 |
| Wallace, Jack<br>P.O. Box 1214<br>Point Clear, AL 36564 | Wallace, Jack<br>P.O. Box 1214<br>Point Clear, AL 36564 | | | 34,970.00 |
| Wille, Kurt<br>5821 Palmera Lane<br>Sacramento, CA 95835 | Wille, Kurt<br>5821 Palmera Lane<br>Sacramento, CA 95835 | | | 118,124.50 |
| Worley, Michael A.<br>P.O. Box 249<br>Hammond, LA 70404 | Worley, Michael A.<br>P.O. Box 249<br>Hammond, LA 70404 | | | 18,225.00 |

B4 (Official Form 4) (12/07) - Cont.

In re    New Orleans Auction Galleries, Inc.                              Case No.
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  4/1/11             Signature  /s/ Jean Vidos
                                    Jean Vidos
                                    President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.