# United States Bankruptcy Court
### Eastern District of Louisiana

In re    New Orleans Auction Galleries, Inc.      Case No. _____
                                                           Debtor(s)                  Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 4/1/11                                _____
                                                                   Jean Vidos/President
                                                                     Signer/Title

AAA Elevator/LLC
5521 Westend Blvd.
New Orleans, LA 70124

AAA Elevators, LLC
2837 Painters Street
New Orleans, LA 70122

Adair Appraisal Service
726 Heights Blvd.
Houston, TX 77007

ADT Security Services, Inc.
P.O. Box 371967
Pittsburgh, PA 15250-7967

ADT Security Systems, Inc.
P.O. Box 371956
Pittsburgh, PA 15250-7956

AFLAC
Worldwide Headquarters
1932 Wynnton Road
Columbus, GA 31999

Aguilar's Inc.
8730 Oak Street
New Orleans, LA 70118

Algiers Piano Works
728 Pelican Avenue
New Orleans, LA 70114

All American Tees
4586 Magazine Street
New Orleans, LA 70115

American Coffee Company
P.O. Box 52018
800 Magazine Street
New Orleans, LA 70152

American Express
P.O. Box 650448
Dallas, TX 75265-0448

Amsan Manny's Sanitary Supplies
P.O. Box 404468
Atlanta, GA 30384-4468


Antique Trader Publications
P.O. Box 715143
Columbus, OH 43271-5143


Antiques Gazette, The
P.O. Box 305
Hammond, LA 70404


Antiqueweek
Mayhill Publications, Inc.
P.O. Box 90
Knightstown, IN 46148


Arrowood, Laura
628 Amelia Street
Gretna, LA 70053


Art & Antiques Worldwide Media, LLC
1319 cc Military Cutoff Road #192
Wilmington, NC 28405


Art & Auction
11E 36th Street, 9th Floor
New York, NY 10016


Assured Comfort A/C & Htg, LLC
P.O. Box 7083
Slidell, LA 70469


Assured Comfort A/C & Htg. LLC
2368 Coelho Way
Diamondhead, MS 39525


AT&T
P.O. Box 536216
Atlanta, GA 30353-6216


AT&T
P.O. Box 105262
Atlanta, GA 30348-5262

AT&T Communication Systems
P.O. Box 79045
Baltimore, MD 21279-0045


AT&T Mobility
P.O. Box 650684
Dallas, TX 75265-0584


ATG Media
115 Shaftesbury Avenue
LONDON, WC2H 8AF


Automatic Design, Inc.
3641 Rue Denise
New Orleans, LA 70131


Bee Publishing Co., Inc.
5 Church Hill Road
Newtown, CT 06470


BellSouth
P.O. Box 79045
Baltimore, MD 21279-0045


BellSouth Mobility
2222 Clearview Pkwy
Metairie, LA 70001-2437


Bowker, Eleanor L.
825 Dumaine Street
New Orleans, LA 70116


Bowman, Ireys
2923 Lepage
New Orleans, LA 70119


Bric-A-Brac Studio
101 Grenadine
Metairie, LA 70005


Brody, George or Joanne
15 Dennis Court
Woodcliff Lake, NJ 07677

BSFS Equipment Leasing
P.O. Box 740428
Atlanta, GA 30374-0428


Cage, Charles
8243 Plum Street
New Orleans, LA 70118


Calumet
Lock Box 5118
Chicago, IL 60678-5118


Capital One, F.S.B.
P.O. Box 85184
Richmond, VA 23285-5184


Carrollton Pest Control
8117 Oleander Street
New Orleans, LA 70185


Carrollton Pest Control
P.O. Box 13458
New Orleans, LA 70185


Chang Liu
Hangkong Road No. 7
Waltz Plaza B, 2404
Chengdu, Sichuan 610041
CHINA


Chappell Jordon Clock Galleries
2222 Westheimer
Houston, TX 77098


Chase Bank
P.O. Box 15298
Wilmington, DE 19850-5298


Chase Card Services
P.O. box 94014
Palatine, IL 60094-4014


Chevron and Texaco Card Services
P.O. Box 2001
Concord, CA 94529-0001

Chistensen Wood III
6284 Amacher Hollow Road
Arena, WI 53503


Chubb Group of Insurance Cos.
P.O.Box 777-1630
Philadelphia, PA 19175-1630


Cingular Wireless
P.O. Box 650584
Dallas, TX 75265-0584


Cisco, Custom House Broker
P.O. Box 1
Kenner, LA 70063


City of N. O. / Dept of Public Works
1340 Perdido Street, RM 8th Floor
New Orleans, LA 70112


City of New Orleans
1300 Perdido Street
New Orleans, LA 70112


City of New Orleans
Dept. of Finance
P.O.Box 61840
New Orleans, LA 70161-1840


City of New Orleans - Violations
P.O.Box 52828
New Orleans, LA 70152-2828


CityBusiness
P.O. Box 62224
New Orleans, LA 70162


Coca-Cola Refreshments USA, Inc.
P.O. Box 403390
Atlanta, GA 30384-3390


Coenen, Stephen F.
1422 Burgundy Street
New Orleans, LA 70116

Corporate Realty
First N.B.C. Center, Suite 4411
201 St. Charles Avenue
New Orleans, LA 70170


Cox Communications
338 Edwards Avenue
New Orleans, LA 70123-3615


Craters & Freighters
1417 Edwards Avenue, Suite B
New Orleans, LA 70123


Danny Pun
1112 Ethel Street
Glendale, CA 91207


David Delaunay & Associates
Attn: David Delaunay
2020 Montrose Blvd., Suite 200
Houston, TX 77006-1263


Dayton Properties, LLC
d/b/a Shades of Light
1121 Josephine Street
New Orleans, LA 70130


Dell Financial Services
Payment Processing Center
P.O. Box 4125
Carol Stream, IL 60197-4125


Deshan Joseph, LLC
P.O. Box 850409
New Orleans, LA 70118


deVille Book & Paper Conservation
4500 Dryades Street
New Orleans, LA 70115


DMG World Media (USA)
P.O. Box 90
Knightstown, IN 46148

Douglas, William Lake
925 Moss Street
New Orleans, LA 70119


Droege Computing Services, Inc.
20 West Colony Place, Suite 120
Durham, NC 27705


Dunn & Sonnier
2130 Magazine Street
New Orleans, LA 70130


East Corner Ave
230 E 83rd St.
New York, NY 10028


Entergy
P.O. Box 61966
New Orleans, LA 70167-1966


Eppler, Kelly E.
2408 Magazine Street, Apt. D
New Orleans, LA 70130


Federal Express Corp.
P.O. Box 94515
Palatine, IL 60094-4515


Fine Arts Trader
P.O. Box 1272
Randolph, MA 02368


First Bank & Trust Visa
P.O. Box 30131
Tampa, FL 33630-3131


First Bank and Trust
Attn: Terry Fonseca, Sec/Tres.
909 Poydras Street, Suite 100
New Orleans, LA 70112


First Bank and Trust Visa
909 Poydras Street, Suite 100
New Orleans, LA 70112-4020

Florian Fine Arts
2323 Westheimer
Houston, TX 77098


Fortuneline
2005 Magazine Street
New Orleans, LA 70130


Fox/Everett, Inc.
525 St. Charles Ave, Ste. 320
New Orleans, LA 70130


French Market Ice
3716 Lake Winnepeg
Harvey, LA 70058


Freret Hardware, Inc.
5109 Freret Street
New Orleans, LA 70115


Freret Paint, Inc.
5104 Freret Street
New Orleans, LA 70115


Galloway, Janice
1801 Lavaca St., Apt. 6D
Austin, TX 78701


Gilbert, Barry
21 Lewis Drive
Maplewood, NJ 07040


Gittleson, Gary Michael
1104 Papworth Avenue
Metairie, LA 70005


Gladstone Michel Weisberg Willner&Sloan
Attn: Michael Aiken
4551 Glencoe Avenue, Suite 300
Marina Del Rey, CA 90292


Gold Well Asian Arts
6037 Geary Blvd.
San Francisco, CA 94121

Guillot's Sanitary Supplies, Inc.
4866 Tchoupitoulas Street
New Orleans, LA 70115

Guillot's Sanitary Supplies, Inc.
P.O. Box 750940
New Orleans, LA 70175-0940

H. Rault, Inc.
3027 Magazine Street
New Orleans, LA 70115

Hadassa Antiques
Gallery #75
1050 Second Avenue
New York, NY 10022

Hartman Rare Art, Inc.
515 Madison Ave.
New York, NY 10022

Hawley, Clarke C.
639 Barracks Street
New Orleans, LA 70116

Hipage Company, Inc., The
2420 Mall Drive, Suite 208
Charleston, SC 29406

Hirabayashi Studio
2720 Fords Creek Road
Poplarville, MS 39470

Home Depot Credit Services
P.O. Box 6029
Dept 32 - 2005246057
The Lakes, NV 88901-6029

Insurance Risk Managers
315 South Jackson Street
Brookhaven, MS 39602

Insurance Risk Managers
P.O. Box 910
Brookhaven, MS 39602-0910

Jack Ross
State Farm Insurance
1509 Second Street
Seabrook, TX 77586-3512

James B. Saucier
123 Court Street
Ville Platte, LA 70586

Jean Vidos
801 Magazine Street
New Orleans, LA 70130

Jefferson Sprinkler, Inc.
P.O. Box 129
Brookhaven, MS 39602-0910

Joubert, Ellis
P.O. Box 15824
New Orleans, LA 70175-5824

Junior League of Mobile
57 N. Sage Avenue
Mobile, AL 36607

Keefe, John
211 West 9th Avenue
Covington, LA 70433-3653

Khaledi Oriental Rugs Inc.
38 E 32nd Street #200
New York, NY 10016-5518

Kone, Inc.
P.O. Box 429
Moline, IL 61266-0429

Kushner, LaGraize & Moore
3330 West Esplande Avenue, Suite 100
Metairie, LA 70002

LeMieux Galleries
332 Julia Street
New Orleans, LA 70130

Lexus Financial Services
P.O. Box 4102
Carol Stream, IL 60197-4102


Lighting, Inc.
8180 Earhart Blvd., Suite B
New Orleans, LA 70118


Louisiana Auctioneer Licensing Board
522 Summa Court, Suite 352
Baton Rouge, LA 70809


Louisiana Department of Revenue
Sales Tax Division
P.O. Box 91009
Baton Rouge, LA 70822-9009


LUBA
P.O. Box 44367
Baton Rouge, LA 70804-4367


LUBA Workers' Comp
P.O. Box 98082
Baton Rouge, LA 70898-9082


M&W Display Co., Inc.
2726 Toulouse Street
New Orleans, LA 70119


M. S. Rau
630 Royal Street
New Orleans, LA 70130


M.S. Rau, Inc.
Attn: William D. Rau
630 Royal Street
New Orleans, LA 70130


M.S. Rau, Inc.
P.O. Box 2427
New Orleans, LA 70176-2427

Magazine Antiques
Accounts Receivable
575 Broadway 5th Floor
New York, NY 10012


Mailfinance
P.O. Box 45840
San Francisco, CA 94145-0840


Martin Wine Cellar
P.O. Box 19091
New Orleans, LA 70179-0091


Mary Ferry Interior Designer
1704 Audubon Street
New Orleans, LA 70118-5504


McKenzie, Robert
532 Beverly Garden Dr.
Metairie, LA 70001


MLJ Logistics Inc.
3465 Place decelles Suite 305
H3S 1X3
CANADA
Montreal, Quebec


Montgomery Insurance Company
P.O. Box 5001
Hamilton, OH 45012-5001


MPress
4100 Howard Avenue
New Orleans, LA 70125-1325


Nelson, Jr., Charles W.
Place St. Charles, Suite 4314
201 St. Charles Avenue
New Orleans, LA 70170


New Orleans Auction St. Charles Gallery
1330 St. Charles Avenue
New Orleans, LA 70130

New Orleans Conservation Guild
3620 Royal Street
New Orleans, LA 70117

New Orleans Decorative Finishes
5100 Freret Street
New Orleans, LA 70115

New Orleans Museum of Art
P.O. Box 19123
New Orleans, LA 70179-0123

North American Insurance Agency
2255 N. Hwy 190
Covington, LA 70433

Office Depot Credit Plan
P.O. Box 689020
Des Moines, IA 50368-9020

Office Depot Credit Plan
P.O. Box 9020
Des Moines, IA 50368-9020

Optimum Credit Corp.
1432 Third Street
New Orleans, LA 70130

Orillion, Toby
220 Stephanie
Lafayette, LA 70503

Orleans Tech, Inc.
4925 Bissonet Drive
Metairie, LA 70003

Packagaing Services Corp.
P.O. Box 71945
Madison Heights, MI 48071

Park One  / Central Parking
One Canal Place
365 Canal Street, Suite 2330
New Orleans, LA 70130-1184

Patina Interiors
4001 Highway 190
Covington, LA 70433-4965


Photo Tech
P.O. Box 28798
Saint Paul, MN 55128


PNC Bank / Smith Barney Plan Services
Route 38 & Eastgate Drive
New Hartford, CT 06057


Pouration, M.
c/o American Impex Corp.
828 San Julian Street
Los Angeles, CA 90014


Premier 19th Century America Restoration
3537 Tchoupitoulas Street
New Orleans, LA 70115


Premium Financing Specialists
24722 Network Place
Chicago, IL 60673-2472


Premium Financing Specialists Corp
A Division of IPFS Corporation
8245 Nieman Road, Suite 100
Lenexa, KS 66214


Primus
P.O. Box. 3246
Milwaukee, WI 53201-3018


Rare Art, Inc.
Attn. A. Hartman
515 Madison Avenue, 2nd Floor
New York, NY 10022


Reel Transit Productions LLC
4901 Jefferson Hwy
New Orleans, LA 70121

Rhodes, Richerson L.
1405 St. Mary Street
New Orleans, LA 70130


Round Rock Travel Agency
407 Round Rock Ave.
Round Rock, TX 78664


Ruesch International
700 Eleventh Street, NW
Washington, DC 20001-4507


Ruland, Gary
P.O. Box 9084
Mandeville, LA 70470


Sainsbury-Antiques Ltd
c/o Kyle Schonekas
650 Poydras Street, Suite 2105
New Orleans, LA 70130


Sainsburys-Antiques Ltd.
Rear 23-25 Abbott Road
Bournemouth, Dorset BH9 1EU
UNITED KINGDOM


Sam's Club
P.O Box 530970
Atlanta, GA 30353-0970


Saucier, James Burke
1010 Common Street, Suite 1800
New Orleans, LA 70112


SDT Waste & Debris Services
P.O. Box 1519
Chalmette, LA 70044


Sehrt, Gretchen
516 Julia Street
New Orleans, LA 70130


Sewerage & Water Board f New Orleans
625 St. Joseph Street
New Orleans, LA 70165

Shell
P.O. Box 689010
Des Moines, IA 50368-9010


Sidney Lambert
c/o N.O. Auction-St. Charles Gallery Inc
1330 St. Charles Avenue
New Orleans, LA 70130


Silver Magazine
P.O. Box 10246
Greensboro, NC 27404


SLS Arts
5524 Mounes
New Orleans, LA 70123


Southern Electronics Supply
1909 Tulane Avenue
New Orleans, LA 70112


Spectraflow
394 Bel Marin Keys Blvd, #4
Novato, CA 94949


Standard Glass & Mirror Works
1128 S. Lopez Street
New Orleans, LA 70125


State Bank & Trust Co.
P.O. Box 319
Brookhaven, MS 39602


State of Louisiana
Office of Motor Vehicles
P.O. Box 63886
Baton Rouge, LA 70809


Stuart, Daniel R.
22 Everglades Street
Kenner, LA 70065


Susan D. Krohn
3540 S. I-10 Service Rd West, Ste. 300
Metairie, LA 70001

Susan D. Krohn
3630 Willowick Road
Houston, TX 77019


Taleboo Oriental Rugs
2019 Magazine St
New Orleans, LA 70130


Taylor, Hugh
380 Cody Road
White Pine, TN 37890


Texas Life Insurance Co.
P.O. Box 2209
Waco, TX 76703


The Quarter Smith
535 St. Louis Street
New Orleans, LA 70130


The Wine Seller, Inc.
5000 Prytania Street
New Orleans, LA 70115-4028


Thomas Lutkewitte
1515 Poydras Street, Suite 1400
New Orleans, LA 70112


Times-Picayune Publishing Corp.
P.O. Box 54714
New Orleans, LA 70154


Tischler Computer Services
46249 Kintally Drive
Hammond, LA 70401


Tom Halverson
c/o Majestic Lion
5048 2nd Ave.
Des Moines, IA 50313


Treasury Dept. / US Customs Service
Port Director
1515 Poydras Street, Room 1700
New Orleans, LA 70112

U.S. Fish & Wildlife Service
U.S. Dept. of the Interior
1875 Century Blvd., Suite 380
Atlanta, GA 30345


United States Postal Service
CMRS-POC
P.O. Box 7247-0255
Philadelphia, PA 19170-0255


Upholstery by Anthony
1501 Prytania Street
New Orleans, LA 70130


UPS
P.O. Box 7247-0244
Philadelphia, PA 19170-0001


UPS
P.O. Box 650580
Dallas, TX 75265-0580


Verizon Wireless
P.O. Box 660108
Dallas, TX 75266-0108


Vidos, Michael J.
626 Copal Street
Mandeville, LA 70448


Wallace, Jack
P.O. Box 1214
Point Clear, AL 36564


White, Richard D.
1001 South Broad Street
P.O. Box 750731
New Orleans, LA 70175


Wilkinson, Robin Ruiz
813 Barracks Street
New Orleans, LA 70116

Wille, Kurt
5821 Palmera Lane
Sacramento, CA 95835


William J. Woessner, M.D.
750 Camp Street
New Orleans, LA 70130


Worley, Michael A.
P.O. Box 249
Hammond, LA 70404


Wurzburg
3655 Knight Road, Suite 11
Memphis, TN 38118


Wurzburg, Inc. / Kent H. Landsberg
P.O. Box 201813
Dallas, TX 75320-1813


Xerox Corporation
P.O. Box 802555
Chicago, IL 60680-2555