UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:                                          CASE NO. 11-11068

NEW ORLEANS AUCTION GALLERIES, INC.              SECTION "_"

DEBTOR                                           CHAPTER 11

**MOTION OF THE DEBTOR PURSUANT TO SECTIONS 105(a) AND
363(c) OF THE BANKRUPTCY CODE FOR AUTHORIZATION TO
MAINTAIN EXISTING BANK ACCOUNTS AND BUSINESS FORMS**

**NOW INTO COURT**, through undersigned counsel, comes New Orleans Auction Galleries, Inc. ("***Debtor***") which respectfully request an order from this Court authorizing the Debtor maintain existing bank accounts and business forms (the "***Motion***"), and in support thereof respectfully represent as follows:

**BACKGROUND**

1.

On the date hereof (the "***Petition Date***"), April 1, 2011, the Debtor commenced a voluntary bankruptcy case under Chapter 11, Title 11 of the United States Code (the "***Bankruptcy Code***"). The Debtor continues to operate its business and manage its properties as debtor-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

**JURISDICTION AND VENUE**

2.

This Court has jurisdiction to consider the matter pursuant to 28 U.S.C. §§157 and 1334. This is a core proceeding pursuant to 28 U.S.C. §157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§1408 and 1409.

## RELIEF REQUESTED

3.

By this Motion, the Debtor seeks authority, pursuant to Sections 105(a) and 363(c) of the Bankruptcy Code, to (i) maintain its existing bank accounts and business forms and (ii) continue the use of their existing cash management system.

### Existing Bank Accounts and Business Forms

4.

In the ordinary course of their business, the Debtor maintains those bank accounts set forth on the attached Exhibit "A" (collectively, the "*Bank Accounts*") with the financial institutions set forth therein (collectively, the "*Banks*").

5.

The Debtor believes that its transition to Chapter 11 will be smoother and more orderly, with minimum harm to operations, if the Bank Accounts are continued with the same account numbers following the commencement of these cases; provided, however, that checks issued or dated prior to the Petition Date will not be honored, absent a prior order of the Court. By preserving business continuity and avoiding the disruption and delay to the Debtor's payroll activities and businesses that would necessarily result from closing the Bank Accounts and opening new accounts, all parties in interest, including employees, vendors and clients, will be best served. The benefit to the Debtor, its business operations, and all parties in interest will be considerable and the confusion that would otherwise result, absent the relief requested herein, would ill-serve the Debtor's rehabilitative efforts.

6.

Accordingly, the Debtor respectfully requests that the Court waive the requirements of the "Chapter 11 Operating Guidelines and Reporting Requirements of the United States Trustee, Region 5, Judicial Districts of Louisiana and Mississippi", which mandate, among other things, the closure of the Debtor's prepetition bank accounts, the opening of new bank accounts and the immediate printing of new checks with a "Debtor-in-Possession" designation on them. However, the Debtor will add a notation or stamp stating "Debtor-in-Possession" on all disbursement checks issued after the Petition Date.

7.

In other Chapter 11 cases, courts have recognized that strict enforcement of the requirement that a debtor in possession close its bank accounts does not serve the rehabilitative process of Chapter 11. Accordingly, courts have waived such requirements and replaced them with similar alternative procedures. *See, e.g., In re Gold-Standard Baking. Inc.*, 179 B.R. 98, 105-06 (Bankr. N.D. Ill. 1995).

8.

In addition, to minimize expenses to the Debtor's estate, the Debtor requests authorization to continue to use its current correspondence and business forms, including, but not limited to, purchase orders, consignment agreements, invoices, checks (modified to include "Debtor-in-Possession"), letterhead, envelopes, and other business forms (collectively, the "*Business Forms*"), substantially in the forms existing immediately prior to the Petition Date, without reference to its status as a debtor-in-possession.

9.

If the Debtor is not permitted to maintain and utilize its Bank Accounts and continue to use their existing Business Forms, the resultant prejudice will include (i) disruption in the ordinary financial affairs and business operations of the Debtor, (ii) delay in the administration of the Debtor's estate, and (iii) cost to the estate to set up new systems and open new accounts, print new business forms, and immediately print new checks.

10.

Based on the foregoing, the Debtor submits the relief requested is necessary and appropriate, is in the best interests of its estate and creditors, and should be granted in all respects.

11.

No previous motion for the relief sought herein has been made to this or any other court.

**WHEREFORE** the Debtor respectfully requests entry of an order granting the relief requested herein and such other or further relief as is just.

Respectfully Submitted,

LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD

STEWART F. PECK (#10403)
CHRISTOPHER T. CAPLINGER (#25357)
BENJAMIN W. KADDEN (#29927)
JOSEPH P. BRIGGETT (#33029)
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Email: speck@lawla.com; ccaplinger@lawla.com; bkadden@lawla.com; jbriggett@lawla.com
*Attorneys for the Debtor*

---

\* An application for approval of the employment of Lugenbuhl, Wheaton, Peck, Rankin & Hubbard as counsel for the Debtor is currently pending before this Court.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Motion of the Debtor Pursuant to Sections 105(a) and 363(c) of the Bankruptcy Code for Authorization to Maintain Existing Bank Accounts and Business Forms has been served upon the parties on the that receive electronic notice via the Court's CM/ECF system, as well as those parties listed on the attached service list via first class mail on this 1st of April 2011.

*[signature]*

| | | |
|---|---|---|
| AAA Elevator/LLC<br>6521 Westend Blvd.<br>New Orleans, LA 70124 | AAA Elevators, LLC<br>2837 Painters Street<br>New Orleans, LA 70122 | Adair Appraisal Service<br>726 Heights Blvd.<br>Houston, TX 77007 |
| ADT Security Services, Inc.<br>P.O. Box 371967<br>Pittsburgh, PA 15250-7967 | ADT Security Systems, Inc.<br>P.O. Box 371956<br>Pittsburgh, PA 15250-7956 | AFLAC<br>Worldwide Headquarters<br>1932 Wynnton Road<br>Columbus, GA 31999 |
| Aguilar's Inc.<br>8730 Oak Street<br>New Orleans, LA 70118 | Algiers Piano Works<br>728 Pelican Avenue<br>New Orleans, LA 70114 | All American Tees<br>4586 Magazine Street<br>New Orleans, LA 70115 |
| American Coffee Company<br>P.O. Box 52018<br>800 Magazine Street<br>New Orleans, LA 70152 | American Express<br>P.O. Box 52018<br>Dallas, TX 75265-0448 | Amsan Manny's Sanitary Supplies<br>P.O. Box 404468<br>Atlanta, GA 30384-4468 |
| Antique Trader Publications<br>P.O. Box 71543<br>Columbus, OH 43271-5143 | Antiques Gazette, The<br>P.O. Box 305<br>Hammond, LA 70404 | Antiqueweek<br>Mayhill Publications, Inc.<br>P.O. Box 90<br>Knightstown, IN 46148 |
| Art & Antques Worldwide Media, Inc.<br>1319 cc Military Cutoff Road #192<br>Wilmington, NC 28405 | Assured Comfort A/C & Htg, LLC<br>P.O. Box 7083<br>Slidell, LA 70469 | AT&T<br>P.O. Box 536216<br>Atlanta, GA 30353-6216 |
| AT&T<br>P.O. Box 105262<br>Atlanta, GA 30348-5262 | AT&T Communcation Systems<br>P.O. Box 79045<br>Balitmore, MD 21279-0045 | AT&T Mobility<br>P.O. Box 65064<br>Dallas, TX 75265-0584 |
| ATG Media<br>115 Shaftesbury Avenue<br>LONDON, WC2H 8AF | Automatic Design, Inc.<br>3641 Rue Denise<br>New Orleans, LA 70131 | Bee Publishing Co., Inc.<br>5 Church Hill Road<br>Newtown, CT 06470 |
| BellSouth<br>P.O. Box 79045<br>Baltimore, MD 21279-0045 | BellSouth Mobility<br>2222 Clearview Pkwy<br>Metairie, LA 70001-2437 | Bowker, Elenor L.<br>825 Dumaine Street<br>New Orleans, LA 70116 |
| Bowman, Ireys<br>2923 Lepage<br>New Orleans, LA 70119 | Bric-A-Brac Studio<br>101 Grenadine<br>Metairie, LA 70005 | Brody, George or Joanne<br>15 Dennis Curt<br>Woodcliff Lke, NJ 07677 |

BSFS Equipment Leasing
P.O. Box 740428
Atlanta, GA 30374-0428

Cage, Charles
8243 Plum Street
New Orleans, LA 70118

Calumet
Lock Box 5118
Chicago, IL 60678-5118

Capital One, F.S.B.
P.O. Box 85184
Richmond, VA 23285-5184

Carrollton Pest Control
8117 Oleander Street
New Orleans, LA 70185

Carrollton Pest Control
P.O. Box 13458
New Orleans, LA 70185

Chang Liu
Hangkong Road No. 7
Waltz Plaza B, 2404
Chengdu, Sichuan 610041
CHINA

Chappell Jordon Clock
Galleries
2222 Westheimer
Houston, TX 77098

Chase Bank
P.O. Box 15298
Wilmington, DE 19850-5298

Chase Card Services
P.O. box 94014
Palatine, IL 60094-4014

Chevron and Texaco Card
Services
P.O. Box 2001
Concord, CA 94529-0001

Chistensen Wood III
6284 Amacher Hollow Road
Arena, WI 53503

Chubb Group of Insurance Cos.
P.O.Box 777-1630
Philadelphia, PA 19175-1630

Cingular Wireless
P.O. Box 650584
Dallas, TX 75265-0584

Cisco, Custom House Broker
P.O. Box 1
Kenner, LA 70063

City of N. O. / Dept of
Public Works
1340 Perdido Street, RM 8th
Floor
New Orleans, LA 70112

City of New Orleans
1300 Perdido Street
New Orleans, LA 70112

City of New Orleans
Dept. of Finance
P.O.Box 61840
New Orleans, LA 70161-1840

City of New Orleans -
Violations
P.O.Box 52828
New Orleans, LA 70152-2828

CityBusiness
P.O. Box 62224
New Orleans, LA 70162

Coca-Cola Refreshments USA,
Inc.
P.O. Box 403390
Atlanta, GA 30384-3390

Coenen, Stephen F.
1422 Burgundy Street
New Orleans, LA 70116

Corporate Realty
First N.B.C. Center, Suite
4411
201 St. Charles Avenue
New Orleans, LA 70170

Cox Communications
338 Edwards Avenue
New Orleans, LA 70123-3615

Craters & Freighters
1417 Edwards Avenue, Suite B
New Orleans, LA 70123

Danny Pun
1112 Ethel Street
Glendale, CA 91207

David Delaunay & Associates
Attn: David Delaunay
2020 Montrose Blvd., Suite
200
Houston, TX 77006-1263

Dayton Properties, LLC
d/b/a Shades of Light
1121 Josephine Street
New Orleans, LA 70130

Dell Financial Services
Payment Processing Center
P.O. Box 4125
Carol Stream, IL 60197-4125

Deshan Joseph, LLC
P.O. Box 850409
New Orleans, LA 70118

deVille Book & Paper
Conservation
1500 Dryades Street
New Orleans, LA 70115

DMG World Media (USA)
P.O. Box 90
Knightstown, IN 46148

Douglas, William Lake
925 Moss Street
New Orleans, LA 70119

Droege Computing Services,
Inc.
10 West Colony Place, Suite
120
Durham, NC 27705

Dunn & Sonnier
2130 Magazine Street
New Orleans, LA 70130

East Corner Ave
230 E 83rd St.
New York, NY 10028

Entergy
P.O. Box 61966
New Orleans, LA 70167-1966

Eppler, Kelly E.
2408 Magazine Street, Apt. D
New Orleans, LA 70130

Federal Express Corp.
P.O. Box 94515
Palatine, IL 60094-4515

Fine Arts Trader
P.O. Box 1272
Randolph, MA 02368

First Bank & Trust Visa
P.O. Box 30131
Tampa, FL 33630-3131

First Bank and Trust
Attn: Terry Fonseca,
Sec/Tres.
909 Poydras Street, Suite 100
New Orleans, LA 70112

First Bank and Trust Visa
909 Poydras Street, Suite 100
New Orleans, LA 70112-4020

Florian Fine Arts
2323 Westheimer
Houston, TX 77098

Fortuneline
2005 Magazine Street
New Orleans, LA 70130

Fox/Everett, Inc.
225 St. Charles Ave, Ste. 320
New Orleans, LA 70130

French Market Ice
3716 Lake Winnepeg
Harvey, LA 70058

Freret Hardware, Inc.
5109 Freret Street
New Orleans, LA 70115

Freret Paint, Inc.
5104 Freret Street
New Orleans, LA 70115

Galloway, Janice
1801 Lavaca St., Apt. 6D
Austin, TX 78701

Gilbert, Barry
21 Lewis Drive
Maplewood, NJ 07040

Gittleson, Gary Michael
104 Papworth Avenue
Metairie, LA 70005

Gladstone Michel Weisberg
Willner&Sloan
Attn: Michael Aiken
4551 Glencoe Avenue, Ste 300
Marina Del Rey, CA 90292

Gold Well Asian Arts
6037 Geary Blvd.
San Francisco, CA 94121

Guillot's Sanitary Supplies,
3866 Tchoupitoulas Street
New Orleans, LA 70115

Guillot's Sanitary Supplies,
Inc.
P.O. Box 750940
New Orleans, LA 70175-0940

Guillot's Sanitary Supplies,
Inc.
P.O. Box 750940
New Orleans, LA 70175-0940

Hadassa Antiques
Gallery #75
1050 Second Avenue
New York, NY 10022

Hartman Rare Art, Inc.
515 Madison Ave.
New York, NY 10022

Hawley, Clarke C.
639 Barracks Street
New Orleans, LA 70116

| | | |
|---|---|---|
| Hpage Company, Inc., The<br>2420 Mall Drive, Suite 208<br>Charleston, SC 29406 | Hirabayashi Studio<br>2720 Fords Creek Road<br>Poplarville, MS 39470 | Home Depot Credit Services<br>P.O. Box 6029<br>Dept 32 - 2005246057<br>The Lakes, NV 88901-6029 |
| Insurance Risk Managers<br>515 South Jackson Street<br>Brookhaven, MS 39602 | Insurance Risk Managers<br>P.O. Box 910<br>Brookhaven, MS 39602-0910 | Jack Ross<br>State Farm Insurance<br>1509 Second Street<br>Seabrook, TX 77586-3512 |
| James B. Saucier<br>123 Court Street<br>Ville Platte, LA 70586 | Jean Vidos<br>801 Magazine Street<br>New Orleans, LA 70130 | Jefferson Sprinkler, Inc.<br>P.O. Box 129<br>Brookhaven, MS 39602-0910 |
| Joubert, Ellis<br>P.O. Box 15824<br>New Orleans, LA 70175-5824 | Junior League of Mobile<br>57 N. Sage Avenue<br>Mobile, AL 36607 | Keefe, John<br>211 West 9th Avenue<br>Covington, LA 70433-3653 |
| Khaledi Oriental Rugs Inc.<br>38 E 32nd Street #200<br>New York, NY 10016-5518 | Kone, Inc.<br>P.O. Box 429<br>Moline, IL 61266-0429 | Kushner, LaGraize & Moore<br>3330 West Esplande Avenue,<br>Suite 100<br>Metairie, LA 70002 |
| LeMieux Galleries<br>332 Julia Street<br>New Orleans, LA 70130 | Lexus Financial Services<br>P.O. Box 4102<br>Carol Stream, IL 60197-4102 | Lighting, Inc.<br>8180 Earhart Blvd., Suite B<br>New Orleans, LA 70118 |
| Louisiana Auctioneer<br>Licensing Board<br>522 Summa Court, Suite 352<br>Baton Rouge, LA 70809 | Louisiana Department of<br>Revenue<br>Sales Tax Division<br>P.O. Box 91009<br>Baton Rouge, LA 70822-9009 | LUBA<br>P.O. Box 44367<br>Baton Rouge, LA 70804-4367 |
| LUBA Workers' Comp<br>P.O. Box 98082<br>Baton Rouge, LA 70898-9082 | M&W Display Co., Inc.<br>2726 Toulouse Street<br>New Orleans, LA 70119 | M. S. Rau<br>630 Royal Street<br>New Orleans, LA 70130 |
| M.S. Rau, Inc.<br>Attn: William D. Rau<br>630 Royal Street<br>New Orleans, LA 70130 | M.S. Rau, Inc.<br>P.O. Box 2427<br>New Orleans, LA 70176-2427 | Magazine Antiques<br>Accounts Receivable<br>575 Broadway 5th Floor<br>New York, NY 10012 |
| Mailfinance<br>P.O. Box 45840<br>San Francisco, CA 94145-0840 | Martin Wine Cellar<br>P.O. Box 19091<br>New Orleans, LA 70179-0091 | Mary Ferry Interior Designer<br>1704 Audubon Street<br>New Orleans, LA 70118-5504 |

| | | |
|---|---|---|
| McKenzie, Robert<br>932 Beverly Garden Dr.<br>Metairie, LA 70001 | MLJ Logistics Inc.<br>3465 Place decelles Suite 305<br>H3S 1X3<br>CANADA<br>Montreal, Quebec | Montgomery Insurance Company<br>P.O. Box 5001<br>Hamilton, OH 45012-5001 |
| MPress<br>2100 Howard Avenue<br>New Orleans, LA 70125-1325 | Nelson, Jr., Charles W.<br>Place St. Charles, Suite 4314<br>201 St. Charles Avenue<br>New Orleans, LA 70170 | New Orleans Auction St.<br>Charles Gallery<br>1330 St. Charles Avenue<br>New Orleans, LA 70130 |
| New Orleans Conservation<br>Guild<br>3620 Royal Street<br>New Orleans, LA 70117 | New Orleans Decorative<br>Finishes<br>5100 Freret Street<br>New Orleans, LA 70115 | New Orleans Museum of Art<br>P.O. Box 19123<br>New Orleans, LA 70179-0123 |
| North American Insurance<br>Agency<br>2255 N. Hwy 190<br>Covington, LA 70433 | Office Depot Credit Plan<br>P.O. Box 689020<br>Des Moines, IA 50368-9020 | Office Depot Credit Plan<br>P.O. Box 9020<br>Des Moines, IA 50368-9020 |
| Optimum Credit Corp.<br>1432 Third Street<br>New Orleans, LA 70130 | Orillion, Toby<br>220 Stephanie<br>Lafayette, LA 70503 | Orleans Tech, Inc.<br>4925 Bissonet Drive<br>Metairie, LA 70003 |
| Packagaing Services Corp.<br>P.O. Box 71945<br>Madison Heights, MI 48071 | Park One / Central Parking<br>One Canal Place<br>365 Canal Street, Suite 2330<br>New Orleans, LA 70130-1184 | Patina Interiors<br>4001 Highway 190<br>Covington, LA 70433-4965 |
| Photo Tech<br>P.O. Box 28798<br>Saint Paul, MN 55128 | PNC Bank / Smith Barney Plan<br>Services<br>Route 38 & Eastgate Drive<br>New Hartford, CT 06057 | Pouration, M.<br>c/o American Impex Corp.<br>828 San Julian Street<br>Los Angeles, CA 90014 |
| Premier 19th Century America<br>Restoration<br>3537 Tchoupitoulas Street<br>New Orleans, LA 70115 | Premium Financing Specialists<br>24722 Network Place<br>Chicago, IL 60673-2472 | Premium Financing Specialists<br>A Division of IPFS Corp.<br>8245 Nieman Road, Suite 100<br>Lenexa, KS 66214 |
| Primus<br>P.O. Box. 3246<br>Milwaukee, WI 53201-3018 | Rare Art, Inc.<br>Attn. A. Hartman<br>515 Madison Avenue, 2nd Floor<br>New York, NY 10022 | Reel Transit Productions LLC<br>4901 Jefferson Hwy<br>New Orleans, LA 70121 |
| Rhodes, Richerson L.<br>1405 St. Mary Street<br>New Orleans, LA 70130 | Round Rock Travel Agency<br>407 Round Rock Ave.<br>Round Rock, TX 78664 | Ruesch International<br>700 Eleventh Street, NW<br>Washington, DC 20001-4507 |

| | | |
|---|---|---|
| Ruland, Gary<br>P.O. Box 9084<br>Mandeville, LA 70470 | Sainsbury-Antiques Ltd<br>c/o Kyle Schonekas<br>650 Poydras Street, Ste 2105<br>New Orleans, LA 70130 | Sainsburys-Antiques Ltd.<br>Rear 23-25 Abbott Road<br>Bournemouth, Dorset BH9 1EU<br>UNITED KINGDOM |
| Sam's Club<br>P.O Box 530970<br>Atlanta, GA 30353-0970 | Saucier, James Burke<br>1010 Common Street, Suite 1800<br>New Orleans, LA 70112 | SDT Waste & Debris Services<br>P.O. Box 1519<br>Chalmette, LA 70044 |
| Sehrt, Gretchen<br>616 Julia Street<br>New Orleans, LA 70130 | Sewerage & Water Board f New Orleans<br>625 St. Joseph Street<br>New Orleans, LA 70165 | Shell<br>P.O. Box 689010<br>Des Moines, IA 50368-9010 |
| Sidney Lambert<br>c/o N.O. Auction-St. Charles Gallery Inc<br>1330 St. Charles Avenue<br>New Orleans, LA 70130 | Silver Magazine<br>P.O. Box 10246<br>Greensboro, NC 27404 | SLS Arts<br>5524 Mounes<br>New Orleans, LA 70123 |
| Southern Electronics Supply<br>1909 Tulane Avenue<br>New Orleans, LA 70112 | Spectraflow<br>394 Bel Marin Keys Blvd, #4<br>Novato, CA 94949 | Standard Glass & Mirror Works<br>1128 S. Lopez Street<br>New Orleans, LA 70125 |
| State Bank & Trust Co.<br>P.O. Box 319<br>Brookhaven, MS 39602 | State of Louisiana<br>Office of Motor Vehicles<br>P.O. Box 63886<br>Baton Rouge, LA 70809 | Stuart, Daniel R.<br>22 Everglades Street<br>Kenner, LA 70065 |
| Susan D. Krohn<br>2540 S. I-10 Service Rd West, Ste. 300<br>Metairie, LA 70001 | Susan D. Krohn<br>3630 Willowick Road<br>Houston, TX 77019 | Taleboo Oriental Rugs<br>2019 Magazine St<br>New Orleans, LA 70130 |
| Taylor, Hugh<br>380 Cody Road<br>White Pine, TN 37890 | Texas Life Insurance Co.<br>P.O. Box 2209<br>Waco, TX 76703 | The Quarter Smith<br>535 St. Louis Street<br>New Orleans, LA 70130 |
| The Wine Seller, Inc.<br>3000 Prytania Street<br>New Orleans, LA 70115-4028 | Thomas Lutkewitte<br>1515 Poydras Street, Suite 1400<br>New Orleans, LA 70112 | Times-Picayune Publishing Corp.<br>P.O. Box 54714<br>New Orleans, LA 70154 |
| Tischler Computer Services<br>16249 Kintally Drive<br>Hammond, LA 70401 | Tom Halverson<br>c/o Majestic Lion<br>5048 2nd Ave.<br>Des Moines, IA 50313 | Treasury Dept./US Customs<br>Port Director<br>1515 Poydras Street, Room 1700<br>New Orleans, LA 70112 |

| | | |
|---|---|---|
| U.S. Fish & Wildlife Service<br>U.S. Dept. of the Interior<br>1875 Century Blvd., Suite 380<br>Atlanta, GA 30345 | United States Postal Service<br>CMRS-POC<br>P.O. Box 7247-0255<br>Philadelphia, PA 19170-0255 | Upholstery by Anthony<br>1501 Prytania Street<br>New Orleans, LA 70130 |
| Upholstery by Anthony<br>1501 Prytania Street<br>New Orleans, LA 70130 | UPS<br>P.O. Box 650580<br>Dallas, TX 75265-0580 | Verizon Wireless<br>P.O. Box 660108<br>Dallas, TX 75266-0108 |
| Wallace, Jack<br>P.O. Box 1214<br>Point Clear, AL 36564 | White, Richard D.<br>1001 South Broad Street<br>P.O. Box 750731<br>New Orleans, LA 70175 | Wilkinson, Robin Ruiz<br>813 Barracks Street<br>New Orleans, LA 70116 |
| Wille, Kurt<br>5821 Palmera Lane<br>Sacramento, CA 95835 | William J. Woessner, M.D.<br>750 Camp Street<br>New Orleans, LA 70130 | Worley, Michael A.<br>P.O. Box 249<br>Hammond, LA 70404 |
| Wurzburg<br>3655 Knight Road, Suite 11<br>Memphis, TN 38118 | Wurzburg, Inc. / Kent H.<br>Landsberg<br>P.O. Box 201813<br>Dallas, TX 75320-1813 | Xerox Corporation<br>P.O. Box 802555<br>Chicago, IL 60680-2555 |
| Michael J. Vidos<br>526 Copal Street<br>Mandeville, LA 70448 | | |