UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 11-11068 |
| NEW ORLEANS AUCTION GALLERIES, INC. | SECTION "A" |
| DEBTOR | CHAPTER 11 |

### MOTION FOR APPROVAL AND AUTHORIZATION OF DEBTOR TO (A) OBTAIN EMERGENCY INTERIM DEBTOR-IN-POSSESSION FINANCING; (B) INCUR POST-PETITION SECURED INDEBTEDNESS AND DEBTOR-IN-POSSESSION FINANCING WITH ASCHAFFENBURG ASSETS, LLC, (C) GRANT SECURITY AND ADMINISTRATIVE PRIORITY, MODIFYING THE AUTOMATIC STAY, (D) AUTHORIZING EXECUTION OF LOAN DOCUMENTS, AND (E) SETTING A FINAL HEARING

**NOW INTO COURT**, through undersigned counsel, comes New Orleans Auction Galleries, Inc. ("***Debtor***"), and pursuant to 11 U.S.C. §105 and 364(c) of Title 11 of the United Sates Code (the "***Bankruptcy Code***") and Rules 2002, 4001(c) and (d), and 9014 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), hereby moves this Court (1) after an interim hearing, entry of an interim DIP Financing Order authorizing the Debtor on an interim basis to incur post-petition secured indebtedness with Aschaffenburg Assets, LLC ("***Aschaffenburg***") and obtain an initial advance of $71,100.00 (the "***Initial Advance***") subject and pursuant to an interim budget to be submitted at the interim hearing, and setting a final hearing with respect to this motion; (2) after a final hearing, entry of a final DIP Financing Order approving and authorizing the Debtor on a final basis to incur post-petition secured indebtedness with Aschaffenburg in the total principal amount of $300,000.00 (the "***DIP Loan***") on the terms and conditions set forth herein and granting Aschaffenburg security interests in certain assets of the Debtor and administrative priority claims pursuant to Section 364(c) and (d) of the Bankruptcy Code. In support of this Motion, the Debtor respectfully submits as follows:

1

1.

On April 1, 2011 ("***Petition Date***"), the Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code. The Debtor continues to operate its business and manage its properties as a debtor-in-possession pursuant to 11 U.S.C. §§1107 and 1108.

2.

The Debtor has an immediate need for a post-petition loan facility to be effective within the next few weeks to supplement the anticipated cash on hand, so that there are sufficient funds in the aggregate to pay operational and restructuring expenses of the Debtor.

3.

Aschaffenburg is willing to make the DIP Loan to the Debtor in the principal amount of up to $300,000.00 on the terms and conditions set forth herein in order to fund the Debtor's expenses and costs of operation.

4.

Approval of this Motion will create certain obligations by the Debtor to Aschaffenburg including, without limitation, the payment of interest at a rate of twelve percent (12%), an initial fee of three percent (3%) of the amounts advanced payable at the time of any advance on the DIP Loan. Additionally, the proposed DIP Loan is conditioned upon approval of certain other terms and conditions set forth in the proposed DIP Financing Order including, but not limited to, the Court's approval, after notice and hearing, and payment of pre-petition amounts due to certain critical vendor consignors which are essential to the maintenance of goodwill, the success of future income-producing auctions, and the ability of the Debtor to reorganize. The Debtor will file a separate motion seeking approval of same.

5.

The proposed DIP Financing Order also provides, *inter alia*, that the DIP Loan will be on a secured basis, with a priming lien and first priority senior security interest in certain assets and proceeds thereof of the Debtor pursuant to Section 362(d)(1) of the Bankruptcy Code, except as specifically provided therein. Additionally, the proposed DIP Financing Order provide that pursuant to 11 U.S.C. §362(c)(2), (c)(3), and 364(d) and subject to a carve out for budgeted and allowed Debtor's counsel's professionals fees and costs incurred not to exceed $50,0000, Aschaffenburg will be granted a super-priority administrative priority pursuant to Section 364(c)(1) of the Bankruptcy Code and will be further secured by (a) a continuing first and senior lien and security interest in and to the Buyer's Premiums and Commissions arising in connection with auctions conducted after the commencement of the above case, (b) a first mortgage upon the leasehold upon which the Debtor operates its business at 801 Magazine Street, New Orleans, Louisiana, and (c) a second position lien and security interest in and to all other assets of the Debtor's estate. Finally, the proposed DIP Financing Order grants, pursuant to 11 U.S.C. §§362 and 364(e), all such senior and priming liens and claims to Aschaffenburg for any and all monies actually advanced by Aschaffenburg even if those Orders are subsequently vacated, modified, or set aside, and provide for the lifting of the automatic stay.

6.

The DIP Loan (and all accrued and unpaid interest thereon) will become due and payable upon the earlier of (a) July 31, 2011; (b) the effective date of a plan of reorganization which has been confirmed by an order of the Bankruptcy Court; or (c) the occurrence and continuance of an Event of Default under the DIP Loan beyond any applicable grace or cure period. The aforesaid termination date may be extended by the consent of Ashaffenburg.

7.

Good cause exists for entry of the proposed DIP Financing Order. Without the DIP Loan, the Debtor will have difficulty paying ongoing expenses and the anticipated restructuring and litigation expenses in this case pending the confirmation and consummation of any plan of reorganization. The DIP Loan will also provide a vehicle to maintain the good with and going concern value of the business by reimbursing amounts owed to certain critical consignors.

8.

The DIP Loan and proposed DIP Financing Order have been negotiated in good faith and at arm's length between the Debtor and Aschaffenburg. The Debtor believes in the exercise of its business judgment that approval of the DIP Loan is in the best interests of the Debtor, its estate, and all creditors of its estate insofar as it will aid the Debtor in obtaining sufficient funds to pay operating expenses and otherwise successfully reorganize.

9.

Finally, it is also imperative that the Debtor be able to execute any necessary loan documents and obtain the Initial Advance and other DIP Loan proceeds as soon as possible, and the Debtor requests that the interim DIP Loan Order granting the authority requested herein not be subject to any stay pursuant to Rule 6004(h).

**WHEREFORE**, the Debtor respectfully requests that this Court (a) after an emergency interim hearing, enter an interim order in the substantial form of that attached as Exhibit A approving and authorizing the Debtor to incur post-petition secured indebtedness with Aschaffenburg in the amount of the Initial Advance on the terms and conditions set forth herein and setting a final hearing regarding this motion; (b) after a final hearing, enter a final order in the substantial form of that attached as Exhibit B approving and authorizing the Debtor to incur

post-petition secured indebtedness with Aschaffenburg in the total amount of the DIP Loan on the terms and conditions set forth herein; (c) grant Aschaffenburg security interests in all of the assets of the Debtor pursuant to 11 U.S.C. §364(c); (d) authorize the Debtor to execute all necessary loan documents consistent with the terms and conditions herein and in the interim and final DIP Financing Orders; and (e) granting to the Debtor such other and further relief as the Court deems just and proper.

Respectfully Submitted,

| | |
|---|---|
| LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD | __/s/ Stewart F. Peck_____<br>STEWART F. PECK (#10403)<br>CHRISTOPHER T. CAPLINGER (#25357)<br>BENJAMIN W. KADDEN (#29927)<br>JOSEPH P. BRIGGETT (#33029)<br>601 Poydras Street, Suite 2775<br>New Orleans, LA 70130<br>Telephone: (504) 568-1990<br>Facsimile: (504) 310-9195<br>Email: speck@lawla.com; ccaplinger@lawla.com; bkadden@lawla.com; jbriggett@lawla.com<br>*Attorneys for the Debtor[*]* |

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the *Motion for Approval and Authorization of Debtor to (A) Obtain Emergency Interim Debtor-In-Possession Financing; (B) Incur Post-Petition Secured Indebtedness and Debtor-In-Possession Financing with Aschaffenburg Assets, LLC, (C) Grant Security and Administrative Priority, Modifying the Automatic Stay, and (D) Authorizing Execution Of Loan Documents* has been served upon the parties on the that receive electronic notice via the Court's CM/ECF system, as well as those parties listed on the attached service list via first class mail on this _4th_ day of April 2011.

__/s/ Stewart F. Peck_____

741353-1

---

[*] An application for approval of the employment of Lugenbuhl, Wheaton, Peck, Rankin & Hubbard as counsel for the Debtor is currently pending before this Court.

DIP Motion Service List

| Name | Email | Fax |
| --- | --- | --- |
| George Brody | georgenantique@verizon.net | 212.935.5229 |
| Chang Liu | cd-basa@hotmail.com | Unknown |
| David Delaunay & Associates | deldave1@aol.com and tlutkewitte@favretlaw.com | 504.523.0699 |
| First Bank and Trust Visa | ecahill@shergarner.com | 504.584.5944 |
| Janice Galloway | | |
| Barry Gilbert | | 973.761.4361 and 415.459.4570 |
| Gladstone, Michel, Weisbert | maiken@gladstonemichel.com | 310.775.8775 |
| Hadassa Antiques | hadassainc@aol.com | 212.829.8723 |
| Mpress | againer@mpressnow.com | 504.524.3637 |
| Toby Orillion | | |
| M. Pouration c/o American Impex | matt@americanimpex.com | 213.623.8612 |
| Rare Art, Inc. | rareart1@aol.com | 212.207.4452 |
| Gary Ruland | | |
| Sainsbury-Antiques Ltd | sales@sainsburry-antiques.com | 011 44 1202 510028 |
| Susan Krohn | susank@bellsouth.net | |
| Michael J. Vidos | vidosm@bellsouth.net | |
| Jack Wallace | jack@jackwallaceinc.com | 251.990.4689 |
| Kurt Wille | willekurt@yahoo.com | 916.515.2143 |
| Michael A. Worley | mikeworley@worleyco.com | |
| MS Rau | bill@rauantiques.com | |
| IRS | Glenn.Schreiber@usdoj.gov | 504.680.3186/3184 |
| LA. Dept of Revenue | Florence.Saenz@LA.GOV | 225.231.6235 |