UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 11-11068 |
| NEW ORLEANS AUCTION GALLERIES, INC. | SECTION "A" |
| DEBTOR | CHAPTER 11 |

AMENDED MOTION FOR APPROVAL AND AUTHORIZATION OF DEBTOR TO (A) OBTAIN EMERGENCY INTERIM DEBTOR-IN-POSSESSION FINANCING; (B) INCUR POST-PETITION SECURED INDEBTEDNESS AND DEBTOR-IN-POSSESSION FINANCING WITH ASCHAFFENBURG ASSETS, LLC, (C) GRANT SECURITY AND ADMINISTRATIVE PRIORITY, MODIFYING THE AUTOMATIC STAY, (D) AUTHORIZING EXECUTION OF LOAN DOCUMENTS, AND (E) SETTING A FINAL HEARING

**NOW INTO COURT**, through undersigned counsel, comes New Orleans Auction Galleries, Inc. ("*Debtor*"), and pursuant to 11 U.S.C. §105 and 364(c) of Title 11 of the United Sates Code (the "*Bankruptcy Code*") and Rules 2002, 4001(c) and (d), and 9014 of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*"), hereby submits this amendment to its Motion for Approval and Authorization of Debtor to Obtain Emergency Interim Debtor-in-Possession Financing, Incur Post Petition Secured Indebtedness and Debtor in Possession Financing (the "*DIP Loan*") with Aschaffenburg Assets, LLC, Grant Security and Administrative Priority Modifying the Automatic Stay, Authorizing Execution of Loan Documents, and Setting Final Hearing (the "*DIP Financing Motion*") (**Docket No. 13**), which was filed herein on April 4, 2011 and duly noticed for hearing on April 28, 2011.

1.

The Debtor submits that it has continued to negotiate with Aschaffenburg Assets, LLC (the "*DIP Lender*") following the Debtor's agreement regarding cash collateral with its major secured creditor, First Bank & Trust ("*FBT*"), and has resolved to modify the terms of the

1

proposed DIP Loan with the DIP Lender. Specifically, the Debtor and the DIP Lender seek to modify the terms of the DIP Loan in the following three respects:

i) The principal amount of the DIP Loan will be raised from $300,000 to $500,000;

ii) The DIP Lender's proposed lien on the Debtor's Sale Commissions will be modified, such that, if this Court grants the Debtor's Cash Collateral Motion (**Docket No. 447**) granting replacement liens to FBT in Sale Commissions arising from future auctions of the Debtor, the DIP Lender will retain a second-position lien on any such proceeds subordinate to that of FBT.

iii) The DIP Lender's proposed super-priority administrative priority claim pursuant to Section 364(c)(1) of the Bankruptcy Code will be modified such that, if this Court grants the Debtor's Cash Collateral Motion granting FBT super-priority administrative priority claims, the claims of the DIP Lender and FBT will be deemed *pari passu* and determined on a *pro rata* basis.

2.

The modifications are reflected in the Proposed Final Order attached hereto as Exhibit A and incorporated herein.

3.

The Debtor submits that the increased amount of principal in the proposed DIP Loan are necessary to ensure the Debtor will have sufficient cash on hand to pay cure costs to nondebtor parties to executory contracts should the Court grant the Debtor authority to assume executory contracts, along with operational and restructuring expenses of the Debtor. Additionally, the modifications of the DIP Lenders' lien and priority claim rights are necessary to resolve ambiguity as to the relative rights of the DIP Lender and FBT.

**WHEREFORE**, the Debtor respectfully requests that this Court after a final hearing, enter a final order in the substantial form of that attached as Exhibit A approving and authorizing the Debtor to incur post-petition secured indebtedness with Aschaffenburg in the total amount of the DIP Loan on the amended terms and conditions set forth in the DIP Financing Motion, as amended herein; and granting to the Debtor such other and further relief as the Court deems just and proper.

Respectfully Submitted,

| | |
|---|---|
| LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD | __/s/ Stewart F. Peck_____<br>STEWART F. PECK (#10403)<br>CHRISTOPHER T. CAPLINGER (#25357)<br>BENJAMIN W. KADDEN (#29927)<br>JOSEPH P. BRIGGETT (#33029)<br>601 Poydras Street, Suite 2775<br>New Orleans, LA 70130<br>Telephone: (504) 568-1990<br>Facsimile: (504) 310-9195<br>Email: speck@lawla.com;  ccaplinger@lawla.com; bkadden@lawla.com; jbriggett@lawla.com<br>*Attorneys for the Debtor* |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the *Amended Motion for Approval and Authorization of Debtor to (A) Obtain Emergency Interim Debtor-In-Possession Financing; (B) Incur Post-Petition Secured Indebtedness and Debtor-In-Possession Financing with Aschaffenburg Assets, LLC, (C) Grant Security and Administrative Priority, Modifying the Automatic Stay, and (D) Authorizing Execution Of Loan Documents* has been served upon the parties on the that receive electronic notice via the Court's CM/ECF system, as well as those parties listed on the attached service list via first class mail on this 25th day of April 2011.

__/s/ Stewart F. Peck_____

944252v1

| | | |
|---|---|---|
| Brody, George or Joanne<br>15 Dennis Court<br>Woodcliff Lake, NJ 07677 | Chang Liu<br>Hangkong Road No. 7<br>Waltz Plaza B, 2404<br>Chengdu, Sichauan 610041<br>CHINA | David Delaunay & Associates<br>Attn: David Delaunay<br>2020 Montrose Blvd. Ste. 200<br>Houston, TX 77006-1263 |
| First Bank and Trust<br>c/o Elwood Cahill Jr.<br>909 Poydras Street, Ste.2800<br>New Orleans, LA 70112-4020 | Janice Galloway<br>1801 Lavaca St. Apt. 6D<br>Austin, TX 78701 | Barry Gilbert<br>21 Lewis Drive<br>Maplewood, NJ 07040 |
| Gladstone Michel Weisberg<br> Willner & Sloan<br>Attn: Michael Aiken<br>4551 Glencoe Ave. Ste. 300<br>Marina Del Rey, CA 90292 | Hadassa Antiques<br>Gallery #75<br>1050 Second Avenue<br>New York, NY 10022 | MPress<br>4100 Howard Avenue<br>New Orleans, LA 70125-1325 |
| Toby Orillion<br>220 Stephanie<br>Lafayette, LA 70503 | M. Pouration<br>c/o American Impex Corp.<br>611 E 9th St<br>Los Angeles, CA 90015-1819 | Thomas Sainsbury<br>c/o Kyle Schonekas<br>5 Ettrick Rd<br>Poole Dorset ENGLAD<br>BH13 6L9 |
| Rare Art, Inc.<br>Attn A. Hartman<br>515 Madison Avenue, 2nd Floor<br>New York, NY 10022 | Susan D. Krohn<br>3900 Essex #555<br>Houston, TX 77027 | Hugh Taylor<br>380 Cody Road<br>White Pine, TN 37890 |
| Michael J. Vidos<br>626 Copal Street<br>Mandeville, LA 70448 | Jack Wallace<br>P.O. Box 1214<br>Sacramento, CA 95835 | Michael A. Worley<br>P.O. Box 249<br>Hammond, LA 70404 |
| Monica Fisher<br>4716 Annunciation, Apt. 2E<br>New Orleans, LA 70115 | Nancy Robertson<br>1163 Azalea Road<br>Mobile, AL 36693 | The East Corner Company, Inc.<br>c/o Zhenhua Jiang<br>230 East 83rd St<br>New York, NY 10028 |
| Insurance & Risk Managers<br>c/o Josh Smith<br>P.O. Box 910<br>Brookhaven, MS 39602 | Thomas J. Lutkewitte<br>1515 Poydras Street. Ste. 1400<br>New Orleans, LA 70112 | Charles W. Nelson<br>201 St. Charles Ave. Ste. 4314<br>New Orleans, LA 70170 |
| Gary Ruland<br>P.O. Box 9084<br>Mandeville, LA 70470 | Kurt Wille<br>5821 Palmera Lane<br>Sacramento, CA 95835 | |