UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: | * | CASE NO. 11-11068 |
| | * | |
| NEW ORLEANS AUCTION GALLERIES, | * | |
| INC. | * | CHAPTER 11 |
| | * | |
| DEBTOR | * | SECTION "A" |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** of the appearance of Richard K. Leefe and Jerry W. Sullivan of the firm of Leefe Gibbs Sullivan Dupre & Aldous, as attorneys for M.S. Rau Antiques, LLC, in the above captioned matter. Pursuant to the provisions of the Rules of Bankruptcy Procedure, Rules 2002, 3017(a) and 9010(b), M.S. Rau Antiques, LLC., through undersigned counsel, requests notice of all matters "noticed" and copies of all pleadings in these proceedings. Please send notices to the address below, and please add the following address to the Court's master mailing matrix:

    Richard K. Leefe. T.A.
    Jerry W. Sullivan
    Leefe Gibbs Sullivan Dupré & Aldous
    Suite 1470, 3900 No. Causeway Blvd.
    Metairie, La. 70002
    (504) 830-3939
    Fax: 830-3998

The foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but without limitation, all orders and notices of any application, motion, hearing, petition, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, personal delivery, telephone, telegraph, telex or otherwise which affect or seek to affect in any way any rights or interests of the debtor.

This Appearance and Request for Notice is not intended as nor is it a consent of jurisdiction of the Bankruptcy Court over M.S. Rau Antiques, LLC, specifically but not limited to (i) M.S. Rau Antiques, LLC right to have final orders in non-core matters entered only after de novo review by a District Judge; (ii) M.S. Rau Antiques, LLC right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) M.S. Rau Antiques, LLC right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs, and recoupments on behalf of M.S. Rau Antiques, LLC are expressly reserved.

M.S. Rau Antiques, LLC respectfully requests that the following e-mail addresses be added to the CMECF mailing list for this matter: rkleefe@lgsdalaw.com and jwsullivan@lgsdalaw.com.

Dated: April 26, 2011

                                      Respectfully Submitted:

                                      /s/ Jerry W. Sullivan
Richard K. Leefe, No.7544. T.A.
Jerry W. Sullivan, No. 17159
Leefe Gibbs Sullivan Dupré & Aldous
Suite 1470
3900 No. Causeway Blvd.
Metairie, La. 70002
(504) 830-3939
Fax: 830-3998

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance and Request for Notice has been served on all parties via the Court's ECF Filing System on April 26, 2011.

                                          Jerry W. Sullivan